JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

TRAVIS SCOTT ALBAUGH,      )

      Plaintiff,      )

     vs.      )

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,      )

      Defendant.      )

Case No. 1:22-cv-00424-ADA-BAM

AMENDED STIPULATION AND
ORDER FOR EXTENSION OF
TIME

     IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from September 26, 2022 to November 25, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's second request for an extension of time.  In the months of May through July 21, 2022, Counsel received an influx of Social Security Certified Administrative Records (CAR).  A review of the records received shows Counsel

has received at least 50 CARs, the majority of which were filed in June 2022. This has caused an unusually large number of cases that have merit briefs due in the months of August and September.  For the weeks of September 12, 2022 and September 19, 2022, Counsel currently has 10 merit briefs, and several letter briefs and reply briefs.  Additional time is needed to thoroughly brief this matter for the Court.

Lastly, as previously reported, Counsel for Plaintiff underwent major orthopedic surgery in March 2022, requiring significant physical therapy. This has required Plaintiff's counsel to take time off during the work week and work months since then. Although much improved, Counsel still participates in regular physical therapy two to three times per week.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: September 6, 2022          PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff

Dated: September 7, 2022          PHILLIP A. TALBERT
                                  United States Attorney
                                  PETER K. THOMPSON
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

By:   *\*/s/ Margaret Lehrkind*
      Margaret Lehrkind

Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on September 7, 2022)

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include November 25, 2022, in which to file Plaintiff's Motion for Summary Judgment; and that all other deadlines set forth in the Court's Scheduling Order (Doc. 7) shall be extended accordingly.  IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **September 8, 2022**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE